IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | I N D I C T M E N T |
| | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | Violation:   18 U.S.C. §§ 113(a)(3), |
| | ) | 117(a)(1), and 1153 |
| FELIX EDWARD WALLETTE JR. | ) | |

COUNT ONE

**Assault With a Dangerous Weapon**

The Grand Jury Charges:

On or about September 11, 2011, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

FELIX EDWARD WALLETTE JR.,

an Indian, did assault Felix Wallette Sr. with a dangerous weapon, namely, a bat, with intent to do bodily harm and without just cause and excuse;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

COUNT TWO

**Domestic Assault by a Habitual Offender**

The Grand Jury Further Charges:

On or about September 11, 2011, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

FELIX EDWARD WALLETTE JR.

did commit a domestic assault upon Felix Wallette Sr., his father, and at that time FELIX EDWARD WALLETTE JR. had a final conviction on at least two (2) separate prior occasions in state court proceedings and Turtle Mountain Tribal Court for the following offenses that would be, if subject to Federal jurisdiction, any assault, sexual abuse, and serious violent felony against a spouse and intimate partner:

1. Simple Assault/Domestic Violence, in North Dakota District Court, East Central Judicial District, Cass County, Criminal Number 09-02-K-02849;

2. Aggravated Assault/Domestic Violence, in North Dakota District Court, East Central Judicial District, Cass County, Criminal Number 09-07-K-03311;

3. Domestic Abuse, Turtle Mountain Tribal Court, Belcourt, North Dakota, conviction entered on or about December 20, 2002;

4. Domestic Abuse, Turtle Mountain Tribal Court, Belcourt, North Dakota, conviction entered on or about December 6, 2010; and

5. Domestic Abuse, Turtle Mountain Tribal Court, Belcourt, North Dakota, conviction entered on or about December 2, 2009;

In violation of Title 18, United States Code, Section 117(a)(1).

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson


/s/ Timothy Q. Purdon
TIMOTHY Q. PURDON
United States Attorney

BSR:aap